```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>DAVID DORSETT,<br><br>Defendant. | 23-cr-351 (MKV)<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

In light of the Defendant's change of plea conference held on October 12, 2023, IT IS HEREBY ORDERED that the status conference scheduled for November 2, 2023 is adjourned *sine die*. A sentencing hearing is scheduled for **January 18, 2023 at 2 PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Date:  October 17, 2023
       New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge