```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID DORSETT,

                          Defendant.

23-cr-351 (MKV)

ORDER CLARIFYING TEMPORARY RELEASE CONDITIONS

MARY KAY VYSKOCIL, United States District Judge:

      On December 27, 2023, the Court granted Defendant's request for a temporary release from custody pending sentencing to visit his dying father on the condition that Defendant surrender to custody no more than one week after his father's death, and with the requirements that Defendant be subject to electronic monitoring and check in with Pretrial Services each day. [ECF No. 33.] This Order serves to further clarify the conditions of Defendant's temporary release.

      IT IS HEREBY ORDERED that Defendant's travel be restricted to the Southern District of New York, the Eastern District of New York, and the District of Kansas.

      IT IS FURTHEER ORDERED that Defendant shall be monitored by a form of location monitoring to be determined by Pretrial Services and must abide by all technology requirements. Defendant must pay all or part of the costs of participation in the location monitoring program as directed by Pretrial Services.

      IT IS FURTHER ORDERED that the selected form of location monitoring technology must be utilized to monitor the following restriction on Defendant's movement in the community as well as other court-imposed conditions of release. Defendant shall be restricted to his parent's residence in the District of Kansas every day from 6:00 PM to 9:00 AM or as directed by the supervising officer.

IT IS FURTHER ORDERED that Defendant shall be prohibited from any and all victim contact.

IT IS FURTHER ORDERED that Defendant's temporary release shall be on his own signature.

The Court notes that defense counsel represented via email to Chambers that Defendant consents to the above restrictions and conditions of his temporary release.

**SO ORDERED.**

Date:  **December 28, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**