USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2024

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
———
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

January 15, 2024

**By ECF & Email**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. David Dorsett
      23 Cr. 351 (MKV)

Dear Judge Vyskocil:

 I am the attorney for David Dorsett, the defendant in the above-named matter, who is scheduled to be sentenced on January 18, 2024 at 2:00 p.m. This letter is respectfully submitted to request that the sentencing proceeding be held remotely.

 Mr. Dorsett is released on his own signature and residing in Wichita, Kansas. The Court granted Mr. Dorsett's temporary release at the request of counsel so that Mr. Dorsett could spend time with his father who is currently dying of liver failure and related medical complications. Mr. Dorsett's father is currently in at home hospice care and his health is rapidly declining. He is exhibiting shallow respirations, he is regularly having his abdomen drained of fluid, receiving morphine every three hours for pain, and has become unresponsive. Given these circumstances, it is respectfully requested that the sentencing proceeding be held remotely so that Mr. Dorsett may continue caring for his father and be present in the event that he passes away, so that he may continue assisting his mother, who has Parkinson's disease, and assist his family in making upcoming funeral arrangements.

 We have reached out to the government to obtain its position but have not yet heard back.[1]

 Mr. Dorsett has been advised of his right to be personally present for his sentencing and after consultation with counsel he is intentionally, knowingly and voluntarily waiving his right to an in-person sentencing proceeding.

---

[1] Counsel recognizes that today is a federal holiday but nonetheless wished to submit this letter as soon as possible in order to provide sufficient notice to the Court.

1

2

If the Court has any questions regarding this application please do not hesitate to contact me. The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:    AUSA Amanda Weingarten (By ECF & Email)

**Denied.  SO ORDERED.**

Date: 1/16/2024
New York, New York

Mary Kay Vyskocil
United States District Judge