USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024

**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                                                                       Tel: (212) 571-5500
Jeremy Schneider                                                                                          Fax: (212) 571-5507
Robert A. Soloway
David Stern
_____

Rachel Perillo

January 23, 2024

**By ECF & Email**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  United States v. David Dorsett
        23 Cr. 351 (MKV)

Dear Judge Vyskocil:

  I am the attorney for David Dorsett, the defendant in the above-named matter. By Order of the Court dated December 27, 2023, Mr. Dorsett was temporarily released from custody, subject to location monitoring, so that he could visit with his dying father. Per the Court's Order, Mr. Dorsett is required to return to custody no later than seven days after his father's death. This letter is respectfully submitted with the consent of the government, by AUSA Amanda Weingarten, to request an extension of Mr. Dorsett's surrender date to February 2, 2024.

  As stated in a letter to the Court dated January 19, 2024, Mr. Dorsett's father passed away on January 19, 2024. His funeral is scheduled for January 27, 2024, which is beyond the seven-day window during which Mr. Dorsett must surrender to custody. We respectfully request that Mr. Dorsett be permitted to surrender on or before February 2, 2024 so that he may attend his father's funeral on January 27, have additional time to grieve with his family, and to assist his mother, who has Parkinson's disease, with other arrangements related to his father's passing and to help make arrangements for her care before he returns to jail.

  If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

**Granted. SO ORDERED.**

Date: 1/23/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge