```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 23-cr-351 (MKV) |
| DAVID DORSETT, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

Defendant's sentencing began on January 18, 2024, but was continued, at Defendant's request, to a later date to be set by the Court to allow the parties to brief certain sentencing-related issues.  [ECF No. 47].  On January 25, 2024, the Government and defense counsel submitted briefing as allowed by the Court.  [ECF Nos. 49, 50].

Shortly thereafter, defense counsel filed a letter motion [ECF No. 51] requesting that Defendant's sentencing be held on February 2, 2024 at 2:00 P.M. to coincide with the date on which Defendant, who had previously been detained but was granted temporary release due to a family medical emergency, was to surrender back to Brooklyn Metropolitan Detention Center.

The Court cannot accommodate Defendant's request that sentencing be scheduled for February 2, since the Court is conducting a trial in another case.   IT IS HEREBY ORDERED that Defendant's sentencing is scheduled for **February 28, 2024 at 2:00 P.M.**  Accordingly, IT IS FURTHER ORDERED that **Defendant's surrender date is hereby extended to February 28, 2024**.  Defendant remains subject to all conditions set forth in the Court's December 28, 2023 Order at ECF No. 34 and must abide by such conditions.

The Clerk of Court is respectfully requested to terminate docket entry numbers 50 and 51.

**SO ORDERED.**

**Date:  January 31, 2024**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**