UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,　　　　　　　　1:23-cr-351 (MKV)

　　　　　-against-

　　　　　　　　　　　　　　　　　　　　**ORDER**

DAVID DORSETT

　　　　　Defendant.

---

**MARY KAY VYSKOCIL**, United States District Judge

　　　IT IS HEREBY ORDERED that the defendant be remanded to the custody of the United States Marshal.

**SO ORDERED.**
**MARCH 1ST, 2024**

_Mary Kay Vyskocil_
**HONORABLE MARY KAY VYSKOCIL**
**UNITED STATES DISTRICT JUDGE**