ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

October 6, 2026

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/26

Re: United States v. David Dorsett
23 Cr. 351 (MKV)

Dear Judge Vyskocil:

I represented Mr. Dorsett in the above referenced matter. I am submitting this letter respectfully to supplement my August 28, 2026 request to approve my associate's hours that were billed without seeking pre approval [ECF Doc #65]. First and foremost I want to apologize to the Court for my inadvertent neglect to seek the Court's approval in a timely fashion. As I was preparing my final voucher for submission, I realized for the first time that I had not submitted my request to the Court for authorization for my associate's work.

Over the last two (2) years I have undergone three (3) major surgeries that required significant recovery time. Additionally, I had a number of capital case commitments and voluminous discovery review since the conclusion of Mr. Dorsett's case.

Finally, I had not given my completed hours to my Office Manager who prepares vouchers for all the partners in my firm.

While these are not being offered as excuses, they are presented as context to my negligent oversight. Once again I apologize and am prepared to provide your Honor with additional information should you so require. Thank you.

Sincerely,

Jeremy Schneider

Jeremy Schneider

JS/sc

**Granted. SO ORDERED.**
The Clerk of Court is respectfully requested to close the motions at ECF Nos. 65 & 66.

Date: 11/23/26
New York, New York

Mary Kay Vyskocil

Mary Kay Vyskocil
United States District Judge